**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

BALLON STOLL, P.C.,

Plaintiff,

-against-

AVRAHAM AVI Z. CUTLER, *et al.,*

Defendants.

----------------------------------------------------------------X

**23 Civ. No. 366 (ER)**

**PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Friday, November 6, 2026 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 455 212 574#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

**SO ORDERED.**

DATED: New York, New York
October 27, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge