**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

BALLON STOLL, P.C.,

Plaintiff,

-against-

AVRAHAM AVI Z. CUTLER,

Defendants.

-----------------------------------------------------------------X

**23 Civ. No. 0366 (ER)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, January 19, 2027 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Tuesday, January 12, 2027**.

**SO ORDERED.**

DATED: New York, New York
November 6, 2026

The Honorable Gary Stein
United States Magistrate Judge